UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

United States of America,

        -against-                                    93-CR-180 (LAK)

Mohammad A. Salameh, et al.,

        Defendant(s).

------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Clerk of Court shall designate this an ECF case.

        SO ORDERED.

Dated: September 13, 2016

                                              Lewis A. Kaplan
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-14-16